No. 11–0543/AR.   U.S. v. Noel L. Veloria.   CCA 20090483.   On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby granted.

No. 11–0567/AR.   U.S. v. Eric L. Nordin.   CCA 20090044.

Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including July 20, 2011*, and absent *extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0582/MC.   U.S. v. Christian W. Carney.   CCA 201000149.   Appellant's motion to file a corrected copy of the supplement to the petition for grant of review is granted.

Thursday, July 7, 2011

No. 11–0560/AR.   U.S. v. John A. White, III.   CCA 20100222.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0569/AR.   U.S. v. Elijah M. Hawk.   CCA 20100588.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted of the following specified issue:

> WHETHER THE AFFIRMED FORFEITURE OF $1137.00 PAY PER MONTH FOR TWO MONTHS AT A SPECIAL COURT–MARTIAL WAS ILLEGAL UNDER ARTICLE 19, UCMJ, AND RULE FOR COURTS–MARTIAL 1003(b)(2) WHEN APPELLANT WAS REDUCED TO E–1 AS PART OF THE SENTENCE.

The decision of the United States Army Court of Criminal Appeals is affirmed as to findings and to only so much of the sentence as provides for forfeiture of $964.00

---

\* It is noted that the military judge neglected to seal the pleadings and record of a closed hearing under MRE 412(c)(2).  Accordingly, the Clerk is directed to seal Appellate Exhibits VIII and IX and pages 55–70.  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

pay per month for two months, confinement for 60 days, reduction to pay grade E–1, and a bad–conduct discharge. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0280/AR. U.S. v. Douglas K. Winckelmann. CCA 20070243. Review granted on the following issues:

WHETHER THE LOWER COURT ERRED IN AFFIRMING THE FINDING OF GUILTY AS TO SPECIFICATION 3 OF CHARGE III WHEN IT FOUND THAT AN ONLINE CHAT CONTAINING THE LINE 'U FREE TONIGHT' WAS SUFFICIENT TO PROVE ATTEMPTED ENTICEMENT.

WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY AFFIRMING FORFEITURE OF ALL PAY AND ALLOWANCES WHEN THE CONVENING AUTHORITY DID NOT APPROVE ANY FORFEITURE.

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN UNITED STATES v. RESENDIZ–PONCE AND RUSSELL v. UNITED STATES, AND THIS COURT'S RECENT OPINIONS IN MEDINA, MILLER, AND JONES.

Briefs will be filed under Rule 25 on Issues I and II only.

No. 11–0560/AR. U.S. v. John A. White, III. CCA 20100222. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0569/AR. U.S. v. Elijah M. Hawk. CCA 20100588. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0546/AR. U.S. v. Stephen R. Rhoten. CCA 20080971.